UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE DOUNCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No. 2:24-cv-2518 AC PS<br><br><br>ORDER |

　　　Plaintiff is proceeding in this social security action in pro se. The proceeding has accordingly been referred to the magistrate judge by E.D. Cal. R. ("Local Rule") 302(c)(15) and (21).

　　　On December 26, 2024, noting that plaintiff did not timely file her initial motion for summary judgment, the undersigned issued an order to show cause why this case should not be dismissed for failure to prosecute. ECF No. 8. Plaintiff responded and moved for an extension of time to file her motion for summary judgment, citing medical problems. ECF No. 9. For good cause shown, IT IS HEREBY ORDERED that:

　　　1. Plaintiff's motion for an extension of time (ECF No. 9) is GRANTED and plaintiff shall file her motion for summary judgment by February 5, 2025.

////

////

2. If plaintiff fails to timely comply with this order, the undersigned may recommend that this action be dismissed for failure to prosecute.

DATED: January 8, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE