UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE DOUNCE,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No.  2:24-cv-2518 AC<br><br><br>ORDER |

This Social Security action is before the undersigned for all purposes on the parties' consent.  ECF No. 6.  On September 24, 2025, judgment was entered in favor of plaintiff, and this case was closed.  ECF No. 19.  On May 12, 2026, plaintiff filed a motion to seal, expressing concern that information from this case is available on the internet, and asking the court to seal the record.  ECF No. 20.

Privacy with respect to Social Security actions is addressed in Eastern District of California Local Rule 206.[1]  The applicable rule states as follows: "Except for court orders and proposed findings and recommendations, Internet access to the individual documents will

---

[1]  The Court's Local Rules can be found here:
https://www.caed.uscourts.gov/caednew/assets/File/EDCA%20LOCAL%20RULES%20EFF_%2002-23-26.pdf

1

be limited to attorneys of record, persons authorized by the Court, and court staff. *Docket sheets, court orders and proposed findings and recommendations, however, will be available over the Internet to non-parties.* Pro se parties and non-parties will continue to have direct access to the documents on file with the Clerk. See L.R. 140(a)." E.D. Cal. Local Rule 206(c) (emphasis added).

The rules of the court clearly provide that orders and docket sheets in Social Security cases will be publicly available. Indeed, the First Amendment requires public access to judicial orders except where an overriding interest, such as a criminal defendant's constitutional rights, would be prejudiced by such access. See Press-Enterprise Co. v. Superior Court, 478 U.S. 1 (1986); see also Courthouse News Serv. v. Planet, 750 F.3d 776, 786 (9th Cir. 2014) (recognizing that "federal courts of appeals have widely agreed that [Press-Enterprise] extends to civil proceedings and associated records and documents.") Accordingly, plaintiff's motion to seal (ECF No. 20) is DENIED.

IT IS SO ORDERED.

DATED: May 13, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE